# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 12, 2008

*Before*

RICHARD D. CUDAHY, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| GERALD D. LLOYD,<br>      Plaintiff-Appellant,<br><br>No. 07-1476              v.<br><br>SWIFTY TRANSPORTATION,<br>INCORPORATION,<br>      Defendant-Appellee. | ] Appeal from the United<br>] States District Court<br>] for the Southern District<br>] of Indiana, Indianapolis<br>] Division.<br>]<br>] No. 05 C 1171<br>]<br>] Larry J. McKinney,<br>]      Judge. |

The opinion of this court issued on December 12, 2008, is **WITHDRAWN** and the judgment is **VACATED**. This matter remains under advisement.